HENRY J. HURDY v. MICHAEL A. RUSSO, *ET AL.*

April 18, 1972. Petition for certification denied. (See 118 *N. J. Super.* 114).

STATE OF NEW JERSEY v. ALFRED KELLY.

April 18, 1972. Petition for certification denied. (See 118 *N. J. Super.* 38).

STATE OF NEW JERSEY v. AVER BURNS, JR.

April 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM ACKERMAN.

April 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT JACKSON.

April 18, 1972. Petition for certification denied.

MIRIAM BENNETT, *ET AL* v.
T & F DISTRIBUTING CO., *ETC., ET AL.*

April 18, 1972. Petition for certification denied. (See 117 *N. J. Super.* 439).